AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 20-mj-00035 |
| JACOB KYLE JORDAN | ) Assigned To : Judge G. Michael Harvey |
|  | ) Assign. Date : 2/26/2020 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

**FILED**
FEB 2 6 2020
Clerk, U.S. District and Bankruptcy Courts

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JACOB KYLE JORDAN ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
21 U.S.C. § 841 (a)(1)
and § 841(b)(1)(C);
18 U.S.C. § 924(c)(1)

Date: 02/26/2020

_____
*Issuing officer's signature*

City and state:  WASHINGTON, D.C.

G. MICHAEL HARVEY, Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/26/20 , and the person was arrested on *(date)* 2/25/20
at *(city and state)* Wash, DC .

Date: 2/26/20

_____
*Arresting officer's signature*

Vincent Witkowski  Detective
*Printed name and title*